```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE F02-0015--CR (RRB)
                              "USA V BRIAN BOWDER"
                            DEF 1.1 BOWDER, BRIAN

               Including terminated defendants, excluding terminated counsel
```

        Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
        Magistrate Judge: The Honorable Joseph W. Miller, U.S. Magistrate Judge
                  Filed: 08/22/02
                 Closed: 07/21/03
     No. of Defendants: 1
         MJ Case Number:
                    AKA:
        Location status: U.S. Custody
             Trial date:
             Terminated: YES
      Needs interpreter: NO
      Counsel of record: Nelson Traverso
                         Law Office of Nelson Traverso
                         312 5th Avenue
                         Fairbanks, AK 99701
                         907-457-3307
                         FAX 907-457-3308
                         Serve: YES
                          Type: CJA
                          Role: Pretrial/Trial


     PLF 1.1 UNITED STATES OF AMERICA

     Counsel of record: Stephen Cooper
                        U.S. Attorney's Office
                        101 12th Avenue, Box 2
                        Fairbanks, AK 99701
                        907-456-0245
                        FAX 907-456-0577
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial


     Counts re: DEF 1.1 BOWDER, BRIAN

     Document            Count    Citation and Description                        Disposition
     ─────────           ─────    ───────────────────────                         ───────────
         1 -    1 IND      1      18:922G(1) FELON POSSESSING FIREARMS (F)        Sentenced
                                                                                  (43-1)

         1 -    1 IND      2      18:922G(1) FELON POSSESSING FIREARMS (F)        Sentenced
                                                                                  (43-1)

         1 -    1 IND      3      18:922J POSSESSION OF STOLEN FIREARMS (F)       Dismissed
                                                                                  (43-1)

         1 -    1 IND      4      18:922J POSSESSION OF STOLEN FIREARMS (F)       Dismissed
                                                                                  (43-1)

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE F02-0015--CR (RRB)
                                    "USA V BRIAN BOWDER"

                                     For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge: The Honorable Joseph W. Miller, U.S. Magistrate Judge
              Filed: 08/22/02
             Closed: 07/21/03
No. of Defendants: 1


 Document #   Filed      Docket text
 ──────────   ─────      ───────────

      1 -  1  08/22/02   [Re: DEF 1] PLF 1 Indictment.

   NOTE -  1  08/23/02   [Re: DEF 1] Issued WOA. Original and service copy to USM.

      2 -  1  08/23/02   [Re: DEF 1] JDR Grand Jury Minutes [ECR: Caroline Edmiston] from return
                         08/22/02: WOA ordered, HC ad pros to follow, No bail.

      3 -  1  09/03/02   [Re: DEF 1] PLF 1 Petition for Writ of H/C Ad Prosequendem.

   NOTE -  2  09/05/02   Issued: Writ of HC ad pros. Original to USMS

      4 -  1  09/05/02   [Re: DEF 1] JWM Minute Order scheduling arr for 09/20/02 at 10:00 a.m.
                         cc: Cooper, FPO, USM, Judge Beistline

      5 -  1  09/05/02   [Re: DEF 1] JWM Order granting petition for writ of HC ad prosequendum.
                         cc: Cooper, FPO, USM, Judge Beistline, MJ Miller

   NOTE -  3  09/06/02   Issued: Writ HC ad pros. Original and copies to USMS, cc: Cooper

      6 -  1  09/19/02   [Re: DEF 1] CJA appointment of Nelson Traverso.

      7 -  1  09/19/02   DEF 1 Entry of Appearance for defendant.

      8 -  1  09/20/02   DEF 1 Financial Affidavit. cc: Cooper, Traverso, FPO, USM, Judge
                         Beistline, MJ Miller

      9 -  1  09/23/02   [Re: DEF 1] JWM Order of Detention Pending Trial.  cc: Cooper,
                         Traverson, FPO,USM, Judge Beistline, MJ Miller

     10 -  1  09/23/02   [Re: DEF 1] JWM Order regarding preparation for trial, discovery
                         conference 09/30/02, PTM's due 10/10/02. cc: Cooper, Traverson, FPO,USM,
                         Judge Beistline, MJ Miller

     11 -  1  09/23/02   [Re: DEF 1] JWM Court Minutes [ECR: Kathleen Tompkins] from Arr (held
                         09/20/02): NG plea entered, CJA cnsl appointed, disc conf 09/30/02,
                         PTM's due 10/10/02, def ordered detained, proposed trial date 11/25/02.
                         cc: Cooper, Traverso, FPO, USM, Judge Beistline, MJ Miller

     12 -  1  09/24/02   [Re: DEF 1] PLF 1 Report re: Conference.

     13 -  1  09/25/02   [Re: DEF 1] RRB Minute Order setting TBJ for 11/25/02 at 9:00 a.m. at
                         Fbnks; and FPTC for 11/21/02 at 9:00 a.m. in Anchorage. cc: S. Cooper,
                         N. Traverson, USM, USPO, Mike, Ida, Marvel, Elisa, Fairbanks Clerk, JC,
                         GArry, John, MJ Miller

     14 -  1  10/04/02   [Re: DEF 1] Return of WOA re: DEF 1 executed at Fairbanks, AK on
                         9/20/02.

     15 -  1  10/04/02   DEF 1 Motion for Discovery.
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F02-0015--CR (RRB)
"USA V BRIAN BOWDER"

For all filing dates

```
Document #   Filed      Docket text

  16 -   1   10/10/02   DEF 1 Unopposed motion to continue date for motions.

  16 -   2   10/10/02   DEF 1 Unopposed motion to continue trial date.

  17 -   1   10/10/02   [Re: DEF 1] PLF 1 opposition to DEF 1 Motion for Discovery (15-1).

  18 -   1   10/16/02   [Re: DEF 1] RRB Order granting motion Unopposed motion to continue trial
                        date. (16-2). A trial setting conference is set for 11/1/02 at 11:30
                        a.m. in Fairbanks, Ak.  cc: S. Cooper, N. Traverso, USM, USPO, MJ
                        Miller, ECR, Jury Clerk

  19 -   1   10/17/02   [Re: DEF 1] JWM Minute Order granting motion Unopposed motion to
                        continue date for motions (16-1), and scheduling hearing to set
                        deadlines 11/01/02 following Judge Beistline's trial setting conference
                        (12:00 p.m.). cc: Cooper, Traverso, FPO, USM, Judge Beistline

  20 -   1   10/24/02   [Re: DEF 1] JWM Minute Order re: Motion for discovery.  Court will
                        cosider arguments at the hrg previously set for 11/01/02. cc: Cooper,
                        Traverso, FPO, USM, Judge Beistline

  22 -   1   11/01/02   [Re: DEF 1] JWM Court Minutes [ECR: Kathleen Tompkins] from pretrial
                        motion hearing (held 11/01/02): Terminating in light of this order:
                        motion for Discovery (15-1); Pretrial motions due 11/25/02, w oppo due 5
                        days from date of service. cc: Cooper, Traverson, FPO, USM, Judge
                        Beistline

  21 -   1   11/05/02   RRB Court Minutes [ECR: Jennifer Kemp] setting trial for 1/6/02 at 9:00
                        a.m. in Fairbanks; pretrial motions due 12/10/02; final pretrial
                        conference 12/26/02 at 11:00 a.m. in Fairbanks  cc: counsel.

  23 -   1   12/17/02   {SEALED}

  24 -   1   12/17/02   [Re: DEF 1] RRB Minute Order re: the final pretrial conference set
                        12/26/02 at 11:00 a.m., will now be a change of plea hearing in light of
                        the filings of the plea agreement.   cc: S. Cooper, N. Traverso, USM,
                        USPO, MJ Miller

  25 -   1   12/19/02   {SEALED}

  26 -   1   12/19/02   {SEALED}

  27 -   1   12/30/02   {SEALED}

  28 -   1   03/07/03   {SEALED}

  29 -   1   03/11/03   {SEALED}

  30 -   1   04/30/03   {SEALED}

  31 -   1   05/01/03   {SEALED}

  32 -   1   06/11/03   DEF 1 motion for 12 hour release from 7:30 a.m. to 7:30 p.m. on
                        06/15/03.

  33 -   1   06/11/03   DEF 1 Unopposed motion for hrg on shortened time re: Motion for 12 hour
                        release.
```

```
                        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                           CRIMINAL DOCKET ENTRIES FOR CASE F02-0015--CR (RRB)
                                        "USA V BRIAN BOWDER"

                                         For all filing dates
```

```
Document #    Filed      Docket text

   34 -   1   06/11/03   DEF 1 Certificate of hand delivery  to Mr. Cooper re: DEF 1 motion for
                         12 hour release from 7:30 a.m. to 7:30 p.m. on 06/15/03. (32-1), DEF 1
                         Unopposed motion for hrg on shortened time re: Motion for 12 hour
                         release. (33-1)

   35 -   1   06/11/03   [Re: DEF 1] JWS Order denying unopposed motion for hrg on shortened time
                         re:Motion for 12 hour (33-1).   cc: S. Cooper, N. Taverso, USM, USPO

   36 -   1   06/11/03   [Re: DEF 1] JWS Order denying motion for 12 hour release from 7:30 a.m.
                         to 7:30 p.m. on 06/15/03 (32-1).  cc: S. Cooper, N. Traverse, USM, USPO

   37 -   1   06/11/03   [Re: DEF 1] PLF 1 opposition (response) to DEF 1 motion for 12 hour
                         release from 7:30 a.m. to 7:30 p.m. on 06/15/03. (32-1).

   38 -   1   07/03/03   {SEALED}

   39 -   1   07/03/03   [Re: DEF 1] PLF 1 (Sentencing) Statement.

   40 -   1   07/10/03   DEF 1 Submission of supplementary material for the court's consideration
                         in sentencing.

   41 -   1   07/10/03   [Re: DEF 1] PLF 1 Response to defendant's sentencing memorandum.

   42 -   1   07/11/03   {SEALED}

   43 -   1   07/21/03   [Re: DEF 1] RRB Judgment def pleaded guilty to count(s) 1,2 of the
                         Indictment (1-1); Court dismissed counts 3 & 4 of the Indictment.
                         Imprisonment 57 months.  Def remanded to the custody of the USM.  SR 3
                         years w/special conditions; SA $200.00.  cc: S. Cooper, N. Traverso, Def
                         w/cnsl cy, USM, USPO, FLU, Finance, MJ Miller

   44 -   1   07/29/03   PLF 1; DEF 1 Stipulation to Unseal Judgment.

   44 -   2   08/01/03   [Re: DEF 1] RRB Order approving stip to Unseal Judg (44-1). cc: USA, N.
                         Traverso, USM, USPO

   45 -   1   09/25/03   USM Return of svc on judgment executed on 9/5/03 to USP Atwater,
                         Atwater, CA.

   46 -   1   11/26/03   {SEALED}

   46 -   2   12/02/03   {SEALED}
```